United States District Court
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    WILLIAM E. DICKINSON, ET AL.,
10            Plaintiffs,                    No. C 12-01199 JSW
11    v.
12    DEPUY ORTHOPAEDICS INC., ET AL.,        **ORDER VACATING HEARING**
13            Defendants.
                                        /
14
15          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to stay and the
16    motion to remand which have been noticed for hearing on Friday, June 1, 2012 at 9:00 a.m., are
17    appropriate for decision without oral argument.  Accordingly, the hearing date is hereby
18    VACATED.  The motions will be taken under submission and decided on the papers.
19          **IT IS SO ORDERED.**
20
21    Dated:  May 30, 2012                _____
22                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28